No. 03–1213. MOORE v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 6, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–8751. LOVITT v. TRUE, WARDEN. Sup. Ct. Va. Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 03–8923. RUCKER v. SANTA CLARA COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 03–761. RANCHO VIEJO, LLC v. NORTON, SECRETARY OF THE INTERIOR, ET AL., 540 U. S. 1218;

No. 03–771. CAGNA, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF CAGNA v. WEIRTON STEEL CORPORATION RETIREMENT PLAN-PLAN 001 ET AL., 540 U. S. 1158;

No. 03–790. SAFETY NATIONAL CASUALTY CORP. v. DOW CORNING CORP., 540 U. S. 1219;

No. 03–818. GALLAGHER, AKA FREEMAN v. MASSAD, 540 U. S. 1180;

No. 03–837. DERRINGER v. CHAPEL ET UX. (two judgments), 540 U. S. 1180;

No. 03–906. O'BRIEN v. CITY OF HACKENSACK, NEW JERSEY, 540 U. S. 1182;

No. 03–908. JOOS v. JOOS (MONTE), 540 U. S. 1183;

No. 03–947. MOTLEY v. VIRGINIA STATE BAR, 540 U. S. 1183;

No. 03–976. SULLIVAN ET AL. v. UNITED STATES ET AL., 540 U. S. 1184;

No. 03–7059. HOLLEY v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 540 U. S. 1116;

No. 03–7070. BRADHAM v. MICHAEL, WARDEN, 540 U. S. 1117;

No. 03–7470. GAINES v. TEXAS, 540 U. S. 1153;

No. 03–7676. NEWMAN v. CALIFORNIA, 540 U. S. 1186;

No. 03–7684. LEWIS v. ROBINSON, WARDEN, 540 U. S. 1187;

No. 03–7762. COOPER v. PEGUESS, WARDEN, ET AL., 540 U. S. 1189;

No. 03–7781. BURGE v. GOURLEY, DIRECTOR, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, 540 U. S. 1189;

No. 03–7834.  GODINES *v.* UNITED STATES, 540 U. S. 1140;

No. 03–7852.  EVANS *v.* UNITED STATES, 540 U. S. 1155;

No. 03–8001.  BROOKS *v.* LUOMA, WARDEN, 540 U. S. 1196;

No. 03–8011.  OLDS *v.* MISSOURI, 540 U. S. 1196;

No. 03–8126.  MILNER *v.* WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL., 540 U. S. 1200;

No. 03–8134.  JONES *v.* UNITED STATES, 540 U. S. 1200;

No. 03–8201.  McDAVIS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., 540 U. S. 1202;

No. 03–8272.  EDMONSON *v.* UNITED STATES, 540 U. S. 1204; and

No. 03–8286.  DAVIS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 540 U. S. 1224.  Petitions for rehearing denied.

No. 02–1348.  OLYMPIC AIRWAYS *v.* HUSAIN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HANSON, DECEASED, ET AL., 540 U. S. 644.  Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

APRIL 23, 2004

No. 03A879.  BAGLEY, WARDEN *v.* LOTT.  Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Sixth Circuit on April 22, 2004, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

APRIL 26, 2004

No. 03–910.  LEAKE, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. *v.* NORTH CAROLINA RIGHT TO LIFE, INC., ET AL.  C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McConnell* v. *Federal Election Comm'n,* 540 U. S. 93 (2003).